**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| YVETTE RAMOS §<br>    *Plaintiff*, §<br>§<br>vs. §<br>§<br>ADITYA SIVA KOSURI and §<br>SUBLIME WIRELESS, INC. §<br>    *Defendants*. § | Civil Action No. _____ |

**DEFENDANTS' JOINT NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendants Aditya Siva Kosuri (hereinafter "Mr. Kosuri") and Sublime Wireless, Inc. (hereinafter "SWI") hereby give notice of the removal of this action, pursuant to 28 U.S.C. § 1446, to the United States District Court for the Southern District of Texas, McAllen District. As grounds for removal, Mr. Kosuri and SWI state as follows:

**I.
Brief Factual Background and Procedural History**

1.  This lawsuit arises from a motor vehicle accident that occurred on or about January 14, 2017 in San Juan, Texas. Plaintiff Yvette Ramos (hereinafter "Ms. Ramos") alleges that Mr. Kosuri collided into the rear of her vehicle. Ms. Ramos further claims that Mr. Kosuri was an employee of SWI and was in the course and scope of his employment during the time of the collision.

2.  On or about February 1, 2018, Ms. Ramos filed her Original Petition & Request for Disclosure in the 332nd Judicial District Court, Hidalgo County, Texas as Cause No. C-0412-18-

F.  Ms. Ramos asserts a negligence cause of action against Mr. Kosuri and pleads vicarious liability – respondeat superior against SWI.

3. Defendant Mr. Kosuri was first served with notice of Plaintiff's Original Petition through service upon the Chairman of the Texas Transportation Commission by certified mail, on or about February 22, 2018.

4. Defendant SWI was first served with notice of Plaintiff's Original Petition through service upon SWI's President, Muhammad Faiaz, by certified mail, on or about February 26, 2018.

5. Defendants Mr. Kosuri and SWI file this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b),[1] after having received information sufficient to determine that the case was removable and being served with Plaintiff's Original Petition.

6. Plaintiff Ms. Ramos is an individual residing in Hidalgo County, Texas and is a citizen of Hidalgo County, Texas.

7. Defendant Mr. Kosuri is an individual residing in Franklin County, Ohio and is a citizen of Franklin County, Ohio.

8. Defendant SWI is a New Jersey corporation with its principal place of business located at 333 Westchester Ave., White Plains, New York 10604.

9. As set forth below, diversity jurisdiction exists and Defendants Mr. Kosuri and SWI hereby timely remove this matter to Federal Court.

---

[1] Using the earlier, February 22, 2018, date of service as the starting point for the removal deadline, the deadline to file Defendants' Notice of Removal falls on a Saturday, March 24, 2018.  In accordance with Federal Rule of Civil Procedure 6(a), the deadline is extended to the following Monday, March 26, 2018.

**Defendants' Joint Notice of Removal**

## II.
## Procedural Requirements for Removal

10. This suit may be properly removed to this Court under 28 U.S.C. § 1441(a) because the underlying action was filed in a state court located within the judicial district of the United States District Court for the Southern District of Texas.

11. All Defendants named in this lawsuit consent to and join in the removal of this action, in accordance with 28 U.S.C. § 1446(b)(2)(A).

12. As required by 28 U.S.C. § 1446(d), Defendants Mr. Kosuri and SWI are serving this Notice of Removal on all parties and will promptly file this Notice of Removal with the clerk of the 332nd Judicial District Court of Hidalgo County, Texas.

13. All pleadings, process, orders and other filings in this state court action are attached to this Notice of Removal, as required by 28 U.S.C. § 1446(a) and Southern District of Texas Local Rule 81.  Specifically, Defendants Mr. Kosuri and SWI have attached the following documents:

    Exhibit 1 -    Index of Documents Being Filed With Removal Action

    Exhibit 2 -    Civil Cover Sheet

    Exhibit 3 -    List of Counsel of Record

    Exhibit 4 -    State Court Docket Sheet from Cause No. C-0412-18-F, before the 332nd Judicial District Court, Hidalgo County, Texas

    Exhibit 5 -    Plaintiff's Original Petition and Request for Disclosure

    Exhibit 6 -    Citation addressed to Aditya Siva Kosuri by serving the Chairman of the Texas Transportation Commission, served on February 22, 2018

    Exhibit 7 -    Citation addressed to Sublime Wireless, Inc. by serving its President Muhammad Faiaz, served on February 26, 2018

    Exhibit 8 -    Defendant Aditya Siva Kosuri's Answer to Plaintiff Yvette Ramos' Original Petition

Exhibit 9 -    Defendant Sublime Wireless, Inc.'s Answer to Plaintiff Yvette Ramos' Original Petition

## III.
## Basis for Removal

14.    This Court has diversity jurisdiction over this case because 1) there is complete diversity between all parties; and 2) the amount in controversy exceeds $75,000.  *See* 28U.S.C. §1332(a)

15.    First, removal is proper because there is complete diversity between all parties.  *See* 28 U.S.C. §1332(a); *see also SGK Properties, L.L.C. v. U.S. Bank Nat'l Ass'n for Lehman Bros. Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-3*, 881 F.3d 933, 939 (5th Cir. 2018).

16.    The only Plaintiff in this case, Ms. Ramos, is an individual who is a citizen of the State of Texas and resides in Hidalgo County, Texas.

17.    Neither one of the two Defendants named in this case is a citizen of the State of Texas, and Defendant SWI does not have a principal place of business in the State of Texas. Specifically, Defendant Mr. Kosuri is an individual who is a citizen of the State of Ohio and resides in Franklin County, Ohio.  Defendant SWI is an entity incorporated under the laws of the State of New Jersey and its principal place of business is located in White Plains, New York.

18.    Second, removal to this Court is proper because the amount in controversy exceeds $75,000.  *See* 28 U.S.C. § 1332(a).  It is facially apparent from Plaintiffs' Original Petition that the claim for damages and relief exceeds the sum of $75,000.00, exclusive of interest and costs. Specifically, Ms. Ramos' Original Petition states that she "seeks Monetary relief over $100,000.00 but not more than $200,000.00." (Exhibit 4, Original Petition, at pg. 1, ¶ 2). When, as here, the plaintiff's monetary demand is stated in the state court petition, the defendant can rely on that allegation to meet the jurisdictional requirement.     *See*

*S.W.S. Erectors, Inc. v. Infax, Inc.,* 72 F.3d 489, 492 (5th Cir.1996); *Lewis v. State Farm Lloyds*, 205 F. Supp. 2d 706, 708 (S.D. Tex. 2002) ("When ascertaining the amount in controversy in the context of a motion to remand, district courts query whether a plaintiff's state court petition, as it existed at the time of removal, alleged damages in excess of the statutory minimum.").

## V.
## Prayer

Defendants Mr. Kosuri and SWI respectfully request that this case be removed from the 332nd Judicial District Court, Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division. For the reasons set forth above, diversity jurisdiction exists in this case pursuant to 28 U.S.C. § 1332(a).

Respectfully submitted,

ELLIS, KOENEKE & RAMIREZ, L.L.P.
1101 Chicago Avenue
McAllen, Texas 78501-4822
Tel: (956) 682-2440
Fax: (956) 682-0820

By: /s/ *Daniel Koeneke*
   DANIEL KOENEKE
   Federal ID No. 1785860
   State Bar No. 24083320
   daniel@ekrattorneys.com
   EMILY A. GEARHART
   Federal ID No. 1137150
   State Bar No. 24065871
   emily@ekrattorneys.com

   **COUNSEL FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and thereby served a copy of the same upon the following attorney representing parties in this action:

Francisco J. Rodriguez
Danielle C. Rodriguez
LAW OFFICE OF FRANCISCO J. RODRIGUEZ
1111 West Nolana Ave., Suite A
McAllen, Texas 78504

Rogelio Solis
DE LA FUENTE & SOLIS, PLLC
P.O. Box 2307
Edinburg, Texas 78540

                                                                                                /s/ *Daniel Koeneke*
                                                                                                 DANIEL KOENEKE