Case 7:18-cv-00093   Document 16   Filed on 01/08/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| YVETTE RAMOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-93 |
| | § | |
| ADITYA SIVA KOSURI, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court now considers the "Agreed Motion to Dismiss With Prejudice"[1] filed by Yvette Ramos ("Plaintiff"), Aditya Siva Kosuri, and Sublime Wireless, Inc. (collectively, "Defendants").

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff may request a dismissal by Court order on terms the Court considers proper. Since Plaintiff and Defendants have settled the case and executed the appropriate settlement documents,[2] the Court considers the terms of Plaintiff's request for dismissal of her claims against Defendants proper. Thus, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** Plaintiff's claims against Defendants.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 8th day of January, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 15.
[2] *Id.* at p. 1.